**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-1482**

———————————

In Re: TAMOJIRA, INCORPORATED,

                                                    Debtor.

———————————————

JOSEPH PRITCHARD,

                                    Debtor - Appellant,

          versus

SHERMAN B. LUBMAN, Trustee,

                                    Trustee - Appellee.

———————————

**No. 01-1483**

———————————

In Re: TAMOJIRA, INCORPORATED,

                                                    Debtor.

———————————————

JOSEPH PRITCHARD,

                                    Debtor - Appellant,

          versus

SHERMAN B. LUBMAN, Trustee,

                                    Trustee - Appellee.

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CA-01-11-3, CA-01-12-3, BK-94-34438)

Submitted:  September 20, 2001      Decided:  September 25, 2001

Before LUTTIG, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Joseph Pritchard, Appellant Pro Se.  Michael Allen Condyles, Loc Pfeiffer, MALONEY, HUENNEKENS, PARKS, GECKER & PARSONS, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Joseph Pritchard appeals from the district court's orders dismissing his appeals from the bankruptcy court's orders approving the trustee's final amended report. The notices of appeal were filed by Pritchard as president of Tamojira, Inc., the debtor in the underlying bankruptcy. Although 28 U.S.C. § 1654 (1994) permits parties to conduct their own litigation, it is well settled that a corporation must be represented by an attorney in federal court. National Indep. Theatre Exhibitors v. Buena Vista Distrib., 748 F.2d 602, 609 (11th Cir. 1984) (corporate officer could not bring pro se action on behalf of corporation); Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983). Accordingly, because Tamojira, Inc., is not represented by licensed counsel, we grant the Appellee's motion to dismiss the appeal for lack of jurisdiction. We deny as moot Pritchard's motion for reconsideration of this court's May 30, 2001, order because his response was filed and has been fully considered. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3